UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:11-cv-23114-MGC

JILL-MICHELE LEWIS, individually,

    Plaintiff,

v.

CACH, LLC,
a foreign limited liability company,
SCOTT LOWERY LAW OFFICE, P.C.,
a foreign corporation,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JILL-MICHELE LEWIS, hereby files this Notice of Voluntary Dismissal of the above-styled cause as to all Defendants (CACH, LLC and SCOTT LOWERY LAW OFFICE, P.C.) with prejudice.

    Respectfully submitted,

    SCOTT D. OWENS, ESQ.
    *Attorney for Plaintiff*
    2000 E. Oakland Park Blvd.
    Suite 106
    Ft. Lauderdale, FL 33306
    Telephone:  954-306-8104
    Facsimile:  954-337-0666
    scott@scottdowens.com

    By: /s/ *Scott D. Owens*
    Scott D. Owens, Esq.
    Florida Bar No. 0597651

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 3rd day of October 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this 3rd day of October 2011 on the counsel listed below: via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Barbara Sinsley, Esq
Barron, Newburger & Sinsley, PLLC
205 Crystal Grove Blvd., Suite 102
Lutz, FL 33548
bsinsley@bns-law.com

SCOTT D. OWENS, ESQ.
*Attorney for Plaintiff*
2000 E. Oakland Park Blvd.
Suite 106
Ft. Lauderdale, FL 33306
Telephone: 954-306-8104
Facsimile: 954-337-0666
scott@scottdowens.com

By: /s/ *Scott D. Owens*
Scott D. Owens, Esq.
Florida Bar No. 0597651