UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23114-Civ-COOKE/TURNOFF

JILL-MICHELE LEWIS,

    Plaintiff

vs.

CACH, LLC, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Pl.'s Notice of Vol. Dismissal, ECF No. 4). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, this 13th day of October 2011.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*